DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LOUIS FERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-2293

_____

December 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Louise Fernandez, pro se.


PER CURIAM.

　　Affirmed.

NORTHCUTT, LUCAS, and LABRIT, JJ., Concur.

_____


Opinion subject to revision prior to official publication.